**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| JACQUELINE S. WAGNER & THOMAS WAGNER, | : | No. 80 EAL 2017 |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| STANDARD STEEL, LLC, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 8th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.